| **UNITED STATES BANKRUPTCY COURT** <br> **NORTHERN DISTRICT OF ILLINOIS** <br> **EASTERN DIVISION** | **VOLUNTARY PETITION** <br><br> Case No.  10 B |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle: <br> **SANG HO SIM** | Name of Joint Debtor (Spouse): <br> **EN YOUNG SIM** |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8)  years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): <br> XXX-XX-xxxx | Social Security/EIN/Tax ID No. (state all): <br> XXX-XX-xxxx |
| Street Address of Debtor: <br> 4210 Devonshire Ct. <br> Northbrook, Illinois  60062 <br> County of Residence or Principal Place of Business <br> Cook | Street Address of Joint Debtor: <br> 4210 Devonshire Ct. <br> Northbrook, Illinois  60062 <br> County of Residence or Place of Business <br> Cook |

Mailing Address of Debtor or of Joint Debtor (if different from street address)

Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor**
X__     Individual
___     Corporation
___     Partnership
___     Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
   in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other
**Tax-Exempt Entity**
__ Debtor is a tax-exempt
organization under Title 26
United States Code (the Internal
Revenue Code).

**Chapter of Bankruptcy Code of Filing**
X_  Chapter 7          __ Chapter 15 Petition
__  Chapter 9             for Recognition of
__  Chapter 11           Foreign Main Proceeding
__  Chapter 12          __ Chapter 15 Petition for
__  Chapter 13           Recognition of a Foreign
                         Nonmain Proceeding
**Nature of Debts**
X__  Primarily Consumer __ Primarily business
Debts, defined in 11 USC
101(8) as "incurred by an
individual primarily for a
personal, family or house-
hold purpose."

**Filing Fee**
_X_     Full filing fee attached
__      Filing fee to be paid in installments (individuals
only). Must attach signed application for court's consideration
certifying That debtor is unable to pay fee except in installments.
Rule 1006(b).  See Official Form 3A.
__      Filing Fee waiver requested (Chapter 7 individuals
Only).  Must attch signed application for court's consideration.
See Official Form 3B.

**Chapter 11 Debtors**
__Debtor is a small business under 11 USC
   101(51D).
__ Debtor is not a small business under 11
   USC 101(51D).

__ Debtor's aggregate noncontingent
liquidated debts (excluding debts owed to
insiders or affiliates) are less than  $2,190,000.

**Statistical / Administrative Information**
____    Debtor estimates that funds will be available for distribution to unsecured creditors.
_X__    Debtor estimates that, after exempt property is excluded and administrative expenses
        paid, there  will be no funds available for distribution to unsecured creditors.
**Estimated Number of Creditors**
X__  1 – 49        ____  50 – 99       ____  100 or more
**Estimated Assets**
__      $0 – $50,000         ____     $50,001 - $100,000 _X__ $100,001 or greater
**Estimated Debts**
__      $0 – $50,000         ____     $50,001 - $100,000 _X__ $100,001 or greater

**VOLUNTARY PETITION**        Name of Debtor(s):                                Page 2
**SANG HO SIM**                      **EN YOUNG SIM**

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:        Case Number:        Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:        Case Number:        Date of Filing:
District:                  Relationship:       Judge:

**Exhibit A**                                   **Exhibit B** (to be completed if debtor is an individual whose debts
 (To be completed if Debtor is required         are primarily consumer debts)
To file periodic reports with the Securities    I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the
and Exchange Commission and requesting          foregoing Petition, declare that I have informed the Petitioner(s) that
relief under Chapter 11).                       she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United
___ Exhibit A attached.                         States Code, and explained to her the relief available under each
                                                Chapter.  I certify that I have delivered to Debtor the notice required by
                                                Title 11 USC Section 342(b).
                                                _____/s/_Michael J. Greco_____   3/1/2010
                                                Signature of Michael J. Greco, Attorney for Debtor(s)   Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___   Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor.   If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__  There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__  Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

                                        _____
                                        (Name of Landlord that obtained judgment)
                                        (Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances  under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification.  (11 USC Section 362(1)).

| | | |
|---|---|---|
| **VOLUNTARY PETITION** | Name of Debtor(s): | Page 3 |
| **SANG HO SIM** | **EN YOUNG SIM** | |

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.

Signature of Debtor                                              Signature of Joint Debtor


_____/s/_                                     _____/s/_
**SANG HO SIM**                                                 **EN YOUNG SIM**



**Signature of Attorney***


Respectfully submitted,


By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   March 1, 2010


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re: SANG HO SIM, EN YOUNG SIM**              **Case No. 1**0 B
    Debtor

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

_____ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| Case No. 09Ch-25230<br>CharterOne Bank<br>c/o Vedder Price<br>222 N. La Salle St.<br>Chicago, IL  60601 | | August, 2006<br>Real Estate purchase money mortgage loan,  lien on<br>928 Webster St.<br>Chicago, Illinois  60614<br>Value:  $1,200,000.00 | $921,573.00 | |
| Case No. 08Ch-24931<br>Dyck O'Neal<br> PO Box 13370<br>Arlington, TX  76094 | | August, 2006<br>Real Estate purchase money mortgage loan,  lien on<br>4210 Devonshire Ct.<br>Northbrook, Illinois  60062<br>Value:  $300,000.00 | $155,000.00 | |
| Case No. 09Ch-25230<br> RBS Citizens NA<br>c/o Vedder Price<br>222 N. La Salle St.<br>Chicago, IL  60601 | | August, 2006<br>Real Estate purchase money mortgage loan,  lien on<br>928 Webster St.<br>Chicago, Illinois  60614<br>Value:  $1,200,000.00 | $65,000.00 | |
| Case No. 09Ch-25230<br>Foster Bank<br>5225 N. Kedzie St.<br>Chicago, IL  60625 | | August, 2006<br>Real Estate purchase money mortgage loan,  lien on<br>Chicago, Illinois  60614<br>Value:  $1,200,000.00 | $65,000.00 | |
| Acct. 2009280432A<br>Small Business Administration<br>c/o United States Attorney<br>219 S. Dearborn St., 5th Floor<br>Chicago, IL  60604 | | August, 2006<br>Small business loan. secured by lien on<br>928 Webster St.<br>Chicago, Illinois  60614<br>Value:  $1,200,000.00 | $770,000.00 | |

TOTAL THIS PAGE                                                                  $1,911,573.00

\_\_1\_\_ continuation sheet attached

| | | |
|---|---|---|
| Case No. 08Ch-24931<br>US Bank<br>US Bancorp Center<br>800 Nicolet Mall<br>Minneapolis, MN  55402 | August, 2006<br>Real Estate purchase money mortgage loan,  lien on<br>4210 Devonshire Ct.<br>Northbrook, Illinois  60062<br>Value:  $300,000.00 | $615,000.00 |
| Case No. 08Ch-24931<br>JP Morgan Chase Bank, NA<br>c/o Pierce & Assoc.<br>1 N. Dearborn St., #1300<br>Chicago, IL  60602 | August, 2006<br>Real Estate purchase money mortgage loan,  lien on<br>4210 Devonshire Ct.<br>Northbrook, Illinois  60062<br>Value:  $300,000.00 | $615,000.00 |

TOTAL THIS PAGE                                                                $615,000.00

                                                      TOTAL         $2,526,573.00

__0__ continuation sheets attached                            (Report also on Summary of Schedules)

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eleven sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:      3/1/2010

            Signature (electronic):_____/S/_____
                            **SANG HO SIM**


            Signature (electronic):_____/S/_____
                            **EN YOUNG SIM**


Michael J. Greco
Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254